

FILED

05/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

_____

FILED

MAY 28 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A DISTRICT
JUDGE TO ACTIVE SERVICE

O R D E R

_____

Eighth Judicial District Judge Michele R. Levine presided over Glacier County Cause No. DV-19-31, *Champ v. Oilfield Lumber & Supply* in the Ninth Judicial District.

Pursuant to the Senate's adverse action to Judge Levine's confirmation, she can no longer preside over this matter, and the Honorable John A. Kutzman has agreed to assume jurisdiction.

IT IS HEREBY ORDERED:

1. The Honorable John A. Kutzman is hereby authorized to assist the Ninth Judicial District of the State of Montana and shall assume judicial authority of Glacier County Cause No. DV-19-31, *Champ v. Oilfield Lumber & Supply*.

2. Judge Kutzman is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

3. A copy of this Order shall be filed with the Clerk of Court of Glacier County, with the request that this Order be sent to all counsel of record in Cause No. DV-19-31, *Champ v. Oilfield Lumber & Supply*.

A copy of this Order shall be provided to the Honorable John A. Kutzman and Beth McLaughlin, Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 28 day of May, 2021.

_____
Chief Justice